UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

BAILEE HANEY, *et al.*,
individually and behalf of
those similarly situated,
        Plaintiffs,

     v.                             Case No. 24-cv-00262

CHAD ZESKE d/b/a HOLY SMOKES,
        Defendant.

## MOTION FOR SETTLEMENT APPROVAL

Plaintiffs, Bailee Haney and James Frank, individually and on behalf of opt-in plaintiffs Andrew Gomes, Mackenzie Blevins, Rachel Moeller, Zacaree Baldwin, Anthony Wray, and Andrew Leedle, and Defendant, Chad Zeske d/b/a Holy Smokes, have reached a settlement agreement to resolve this action. Accordingly, the parties move the court for an order that:

1.     Approves the settlement agreement as a fair and reasonable resolution of a bona fide dispute between the parties;

2.     Directs Defendant to make payments according to the terms of the settlement agreement;

3.     Administratively closes this action;

4.     Directs Hawks Quindel, S.C., to notify the Court of Defendant's satisfaction of the settlement payments and all obligations in the settlement agreement, upon which the Court shall dismiss the action with prejudice;

5.      Declares the settlement agreement to be binding on Chad Zeske d/b/a

Holy Smokes, Bailee Haney, James Frank, Andrew Gomes, Mackenzie Blevins,

Rachel Moeller, Zacaree Baldwin, Anthony Wray, and Andrew Leedle;

6.      Awards Hawks Quindel, S.C., $13,492.80 in attorneys' fees and costs;

and

7.      Incorporates the settlement agreement into the Court's order for the

purpose of retaining jurisdiction to enforce the Agreement.

Dated: November 13, 2024

| | |
|---|---|
| s/Oyvind Wistrom | s/Larry A. Johnson |
| Oyvind Wistrom, SBN 1024964 | Larry A. Johnson, SBN 1056619 |
| Alexandra Chepov, SBN 1129209 | Connor J. Clegg, SBN 1118534 |
| Attorneys for Defendant | Timothy P. Maynard, SBN 1080953 |
| | Summer H. Murshid, SBN 1075404 |
| Lindner & Marsack, S.C. | Attorneys for Plaintiff |
| 411 East Wisconsin Avenue | |
| Suite 1800 | Hawks Quindel, S.C. |
| Milwaukee, WI 53202 | 5150 N. Port Washington Rd., Suite 243 |
| Telephone: (414) 273-3910 | Milwaukee, WI 53217-5470 |
| Fax: (414) 273-0522 | Telephone: (414) 271-8650 |
| Email:    owistrom@lindner-marsack.com | Fax: (414) 607-6079 |
| achepov@lindner-marsack.com | Email:    ljohnson@hq-law.com |
| | cclegg@hq-law.com |
| | tmaynard@hq-law.com |
| | smurshid@hq-law.com |