UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BAILEE HANEY and JAMES FRANK,
individually and on behalf of all others
similarly situated,

             Plaintiffs,

             v.                          Case No. 24-C-262

CHAD ZESKE d/b/a HOLY SMOKES,

             Defendant.

## ORDER APPROVING SETTLEMENT

Having reviewed the parties' joint motion for settlement approval and related filings,

**IT IS HEREBY ORDERED** that:

1. The parties' joint motion for settlement approval (Dkt. No. 25) is **GRANTED**;

2. The Settlement Agreement is a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act, 29 U.S.C. §§ 201–219;

3. Defendant shall pay the amount of $39,000.00 according to the terms of the Settlement Agreement;

4. Plaintiffs shall notify the court of Defendant's satisfaction of the settlement payments and all obligations in the Settlement Agreement, upon which the court will dismiss the action with prejudice;

5. The Settlement Agreement is binding on Chad Zeske d/b/a Holy Smokes, Bailee Haney, James Frank, Andrew Gomes, Mackenzie Blevins, Rachel Moeller, Zacaree Baldwin, Anthony Wray, and Andrew Leedle;

6. Plaintiffs' requested attorneys' fees and costs are reasonable, and Hawks Quindel, S.C. is awarded $13,492.80 in attorneys' fees and costs; and

7. The Settlement Agreement is incorporated into this Order.

8. If Plaintiffs do not notify the court of Defendant's satisfaction of settlement payments and all obligations in the Settlement Agreement by December 30, 2024, the court will dismiss this action with prejudice pursuant to Civil Local Rule 41(c).

Dated at Green Bay, Wisconsin this <u>14th</u> day of November, 2024.

    s/ William C. Griesbach
William C. Griesbach
United States District Judge

2

Case 1:24-cv-00262-WCG     Filed 11/14/24     Page 2 of 2     Document 29