**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

---

**BAILEE HANEY,**
**individually and behalf of**
**those who have opted in,**
      **Plaintiffs,**

    **v.**                       **Case No. 2:24-cv-00262**

**CHAD ZESKE,**
      **Defendant.**

---

**STIPULATED MOTION FOR DISMISSAL**

---

Plaintiffs, by their attorneys, Hawks Quindel S.C., and Defendant, by his attorneys, Lindner & Marsack, S.C., hereby notify the Court that Defendant has complied the obligations under the Settlement Agreement and stipulate and move the Court to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without further fees or costs to either party.

Dated: December 19, 2024.

| | |
|---|---|
| *s/ Oyvind Wistrom* | *s/Larry A. Johnson* |
| Oyvind Wistrom, SBN 1024964 | Larry A. Johnson, SBN 1056619 |
| Alexandra (Sasha) Chepov, SBN 1129209 | Connor J. Clegg, SBN 1118534 |
| Attorney for Defendant | Timothy P. Maynard, SBN 1080953 |
| | Summer H. Murshid, SBN 1075404 |
| | Attorneys for Plaintiff |
| Lindner & Marsack, S.C. | |
| 411 East Wisconsin Avenue | Hawks Quindel, S.C. |
| Suite 1800 | 5150 N. Port Washington Rd., Suite 243 |
| Milwaukee, WI 53202 | Milwaukee, WI 53217-5470 |
| Telephone: (414) 273-3910 | Telephone: (414) 271-8650 |
| Fax: | Fax: (414) 607-6079 |
| Email: OWistrom@lindner-marsack.com achepov@lindner-marsack.com | Email: ljohnson@hq-law.com cclegg@hq-law.com tmaynard@hq-law.com smurshid@hq-law.com |